The relief described hereinbelow is SO ORDERED

Done this 11th day of April, 2016.

*Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Bankruptcy Case No. |
| PEGGY DOWE | ) | 16-30046-DHW-13 |
| Debtor. | ) | |
| | ) | Chapter 13 |

### ORDER

This matter came before the Court on the Objection to Confirmation filed by Ally Financial (hereinafter referred to as "Ally"). The parties, through counsel have reached an agreement as to the disposition of this matter. Based on this agreement, it is ordered as follows:

Ally's collateral, one (1) 2014 Chevrolet Cruze, VIN# 1G1PA5SH7E7141523, shall be valued at $12,575.00. Ally's secured claim of $16,813.02 shall be amortized at an interest rate of 4.75%, adequate protection payments shall be set in the amount of $168.00 per month and a fixed monthly payment in the amount of $349.00.

###END OF ORDER###

This order was reviewed and approved by the Debtor's attorney and the Chapter 13 Trustee.

<u>This Stipulation was prepared by:</u>
SPINA, & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, AL 35243
(205) 298-1800